No. 78–1045. Cannes et al. v. Illinois. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 78–1046. Girard et al. v. Schweitzer, Sheriff. C. A. 8th Cir. Certiorari denied.

No. 78–1050. Gianaris v. United States. C. A. D. C. Cir. Certiorari denied.

No. 78–1053. Socialist Labor Party v. City of Glendale. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 78–1057. Williams v. Georgia. Ct. App. Ga. Certiorari denied.

No. 78–1059. Beagley v. Andel et al. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 78–1065. Wright v. United States. C. A. 2d Cir. Certiorari denied.

No. 78–1074. Karge et al. v. Milnes. C. A. 7th Cir. Certiorari denied.

No. 78–1096. Sorbara et al. v. United States. C. A. 3d Cir. Certiorari denied.

No. 78–1097. Weiskopf et ux. v. United States. C. A. 2d Cir. Certiorari denied.

No. 78–1106. Theriault v. Silber, Director, U. S. Chaplain Service, et al. C. A. 5th Cir. Certiorari denied.

No. 78–1120. Olsen v. United States. C. A. 8th Cir. Certiorari denied